

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00329-CR

Aaron **DE LA GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0246-CRA
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED August 5, 2020.

_____
Irene Rios, Justice